NO. 13-11165

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

MICHAEL TORRES

Appellant,

v.

JEFFREY TRE KRUEGER,

Appellee.

On Appeal from the United States District Court
For the Northern District of Texas

**UNOPPOSED MOTION TO SUPPLEMENT RECORD, SUSPEND BRIEFING, AND EXTEND TIME TO FILE APPELLANT'S BRIEF**

TO THE HONORABLE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT:

Pursuant to Federal Rules of Appellate Procedure 10 and 26(b), Appellant Michael S. Torres ("Torres") files this his Unopposed Motion to Supplement Record, Suspend Briefing, and Extend Time to File Appellant's Brief ("Unopposed Motion") and respectfully requests leave to supplement the appellate record, that briefing be suspended pending supplementation of the appellate record, and that a new briefing schedule be ordered once supplementation is complete.

## REQUEST TO SUPPLEMENT THE APPELLATE RECORD

1. The Clerk for the Northern District of Texas duly filed the Electronic Record on Appeal ("Record") with the Court in December 2013. However, as Torres discovered this week, the Record does not contain most of the pleadings from Adversary Case No. 12-04052-rfn pending in the United States District Court for the Northern District of Texas Bankruptcy Court ("Adversary Case"). The Adversary Case is the beginning of the case that is now on appeal to this Court, District Court Case No. 4:12-cv-488 ("District Court Case"). That is, the District Court Case commenced as the Adversary Case, which was moved to the District Court when the reference to bankruptcy was withdrawn. The omitted pleadings from the record of the Adversary Case are critical to this appeal, including the Original Complaint in the Adversary Case that was dismissed by the District Court. Therefore, Torres respectfully requests that the omitted pleadings be supplemented and included in the Record.

2. Specifically, the following docket entries of the Adversary Case are not present in the Record and, pursuant to Fed. R. App. P. 10, Torres requests they be added to the Record:

| Doc. No. | Filing Date | Docket Text |
|---|---|---|
| 1. | 04/27/2012 | Complaint by CRU Energy, Inc., Green Alt Corporation, Jorge Zuniga against Jeffrey Tre Krueger |

| 2.  | 04/30/2012 | Notice of deficiency |
| --- | --- | --- |
| 3.  | 04/30/2012 | Summons issued on Jeffrey Tre Krueger |
| 4.  | 04/30/2012 | Scheduling Order |
| 6.  | 04/30/2012 | Adversary proceeding cover sheet |
| 7.  | 05/02/2012 | Amended Adversary Proceeding Cover Sheet |
| 8.  | 05/23/2012 | Answer to complaint, Counterclaim by Jeffrey Tre Krueger against Worldwide Maniac LLC, Greenworld Restoration LLC, Doug Ramsey, Michael S. Torres, Green Alt Corporation and Jorge Zuniga |
| 9.  | 06/14/2012 | Motion to dismiss counterclaims by Plaintiff CRU Energy, Inc. |
| 10. | 06/14/2012 | Motion to remand and/or abstain filed by Plaintiff CRU Energy, Inc. |
| 11. | 07/13/2012 | Objection to Motion to Dismiss |
| 12. | 07/13/2012 | Motion for withdrawal of reference. |
| 13. | 07/13/2012 | Receipt of Withdrawal of Reference Filing Fee |
| 15. | 07/20/2012 | Notice of hearing filed by Court |
| 16. | 07/22/2012 | Certificate of mailing - hearing |

9966224v.2 143569/00001

| 17. | 07/23/2012 | Amended Notice of hearing filed by Court |
|---|---|---|
| 18. | 07/25/2012 | Certificate of mailing - hearing |
| 19. | 08/03/2012 | Response opposed to Motion for withdrawal of reference |
| 20. | 08/03/2012 | Notice of hearing filed by Plaintiffs CRU Energy, Inc., Green Alt Corporation, Jorge Zuniga |
| 21. | 08/15/2012 | Hearing set re Motion to dismiss counterclaims by Plaintiff CRU Energy, Inc. and Motion for withdrawal of reference |
| 22. | 08/21/2012 | Amended Motion for withdrawal of reference |
| 23. | 08/21/2012 | Objection to Motion for withdrawal of reference |
| 24. | 08/22/2012 | Support/supplemental document - *Exhibit A* - filed by Plaintiff CRU Energy, Inc., Counter-Defendant Michael S. Torres re Objection to Motion for withdrawal of reference |
| 25. | 09/07/2012 | Clerk's correspondence requesting Certificate of Services of Summons from attorney for plaintiff |
| 26. | 10/25/2012 | Report and recommendation to the U.S. District Court by U.S. Bankruptcy Judge |
| 27. | 10/27/2012 | Certificate of mailing |
| 30. | 11/14/2012 | Request for transcript regarding a hearing held on 8/28/2012 |

9966224v.2 143569/00001

| 31. | 11/26/2012 | Transcript regarding Hearing Held 08/28/12 RE: Motion to Dismiss Counterclaims by Plaintiff |
| --- | --- | --- |
| 36. | 09/27/13 | Order regarding Motion for Withdrawal |
| 37. | 11/29/13 | Clerk's Correspondence regarding Case Status |
| 38. | 12/19/13 | Order Scheduling Status Conference |
| 39. | 12/21/13 | Order Scheduling Status Conference & Certificate of Mailing |

## REQUEST TO SUSPEND BRIEFING

3.  Should the Court find good cause to supplement the Record, Torres further requests briefing be suspended while the Record is being supplemented. As it is unclear what amount of time is necessary to supplement the Record, a suspension in briefing prevents piecemeal extensions to briefing deadlines while the Record is supplemented.

4.  A suspension in briefing will also allow the Record to be supplemented without requiring either party to risk having to brief the issues arising from this appeal with an incomplete record.

**REQUEST TO EXTEND TIME TO FILE APPELLANT'S BRIEF**

5. In addition, under Fed. R. of App. P. 26(b), Torres respectfully requests that the deadline to file his Appellant's Brief be extended thirty (30) days from the date the aforementioned suspension is lifted.

6. Torres's current deadline to file his Appellant's Brief is Tuesday, January 21, 2014. This is Torres's first request for an extension.

7. Good cause is present for this extension as the Record, as it currently stands, is not complete and does not contain all of the relevant documents necessary to brief this appeal. A thirty day extension from when the suspension is lifted and briefing resumes will allow time for both parties to prepare their briefs with the complete and supplemented Record. Both parties to this appeal may be prejudiced if forced to brief this appeal without a complete record.

8. David Miller and Robert Simon, Jeffrey Tre Krueger's ("Krueger") counsel in the District and bankruptcy proceeding below, respectively, do not oppose the relief requested in this Unopposed Motion.

9. The relief requested herein is not sought solely for the purposes of delay but so that the interests of justice may be served.

9966224v.2 143569/00001

## CONCLUSION

Torres respectfully requests the Court to grant this Unopposed Motion and supplement the appellate record, suspend briefing while the appellate record is being supplemented, and extend the deadline for Torres to file his Appellant's Brief so that his Appellant's Brief is due thirty days after the suspension of briefing is lifted.

Respectfully Submitted,

By:  */s Scott A. Wheatley*
Scott A. Wheatley
Texas State Bar No. 24013737
Jackson Walker L.L.P.
777 Main Street, Suite 2100
Fort Worth, Texas 76102
(817) 334-7224 – Telephone
(817) 870-5124 – Facsimile
swheatley@jw.com

-and-

Heather M. Forrest
Texas State Bar No. 24040918
Jackson Walker L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 953-5938 – Telephone
(214) 661-6626 – Facsimile
hforrest@jw.com
(214) 661-6626 – Facsimile
hforrest@jw.com

## **CERTIFICATE OF CONFERENCE**

 I hereby certify that on January 15 and 16, 2014, I conferred with both David Miller and Robert A. Simon, counsel for Jeffrey Tre Krueger, and they are not opposed to the relief requested in this Unopposed Motion.

            */s Scott A. Wheatley*_____
            Scott A. Wheatley

9966224v.2 143569/00001

## **CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the above and foregoing has been filed with the clerk of the court for the Fifth Circuit, using the electronic case filing system of the Court. Notice of this filing will also be sent to the following via certified mail on this 16th day of January, 2014.

| | |
|---|---|
| James G. Walker<br>4519 West Lovers Lane<br>Dallas, Texas 75209 | Jennifer K. Gjesvold, Esq.<br>LAW OFFICES OF JENNIFER K. GJESVOLD<br>5596 Davis Blvd., Suite 100<br>North Richland Hills, TX 76180 |
| Robert A. Simon<br>BARLOW GARSEK & SIMON, LLP<br>3815 Lisbon Street<br>Fort Worth, TX 76107 | David Miller<br>SCHNEIDER & MILLER, P.C.<br>300 Coit Road, Suite 1125<br>Richardson, Texas 75080 |

                                              */s Scott A. Wheatley*_____
                                              Scott A. Wheatley